Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT R. PRIMACK,<br><br>            Plaintiff,<br><br>     v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No. 2:15-cv-02310-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed:  December 7, 2015 |

///

///

///

///

///

///

///

///

///

///

///

It is hereby stipulated by and between Plaintiff Brett R. Primack ("Plaintiff"), through his attorney Kevin Hernandez, and Defendant Experian Information Solutions, Inc. ("Experian"), through its attorneys, the law firm of Maupin Naylor Braster, as follows:

Plaintiff filed his Complaint on December 7, 2015.  Experian was served on December 10, 2015.  The deadline for Experian to respond to the Complaint is currently set for December 31, 2015.  In the interest of conserving client and judicial resources, Plaintiff and Experian stipulate and agree that Experian shall have until January 15, 2016, to file its responsive pleading.  This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow the parties to discuss settlement.

DATED this 28th day of December 2015.

MAUPIN NAYLOR BRASTER


By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    1050 Indigo Dr., Ste 112
    Las Vegas, NV 89145
    Telephone: (702) 420-7000


*Attorneys for Defendant Experian Information Solutions, Inc.*


LAW OFFICE OF KEVIN L. HERNANDEZ


By: */s/ Kevin L. Hernandez*
    Kevin L. Hernandez
    2879 St. Rose Parkway, Ste 130A
    Henderson, NV  89052
    Telephone:  (702) 563-4450
    Facsimile:  (702) 552-0408

*Attorneys for Plaintiff Brett R. Primack*

1

2                                    **<u>ORDER</u>**

3

4        IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to

5   Plaintiff's Complaint shall be extended to on or before January 15, 2016.

6

7   IT IS SO ORDERED.

8

9                                          _____
10                                          U.S. MAGISTRATE JUDGE

11                                          DATED this  29th  day of December 2015.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
Case No. 2:15-cv-02310-JCM-NJK