E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
LINDA K. WILLIAMS, ESQ.
Nevada Bar No. 012135
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:    dkidd@klnevada.com
           lwilliams@klnevada.com

*Attorneys for Defendant,*
*NISSAN MOTOR ACCEPTANCE*
*CORPORATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRETT R. PRIMACK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>Defendants | CASE NO. 2:15-CV-02310-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NISSAN MOTOR ACCEPTANCE CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff BRETT R. PRIMACK ("Plaintiff"), by and through counsel of record, and Defendant NISSAN MOTOR ACCEPTANCE CORPORATION ("Nissan"), by and through counsel of record, (collectively Plaintiff and Nissan are hereafter referred to as the "Parties") hereby stipulate and agree as follows:

1.  Nissan's response to Plaintiff's Complaint [Doc. 1] is due December 29, 2015.

2.  The Parties hereby stipulate and agree that Nissan has an extension of time up to and including January 12, 2016 to respond to the Complaint, which will allow the Parties to discuss resolution before any response is required.

///

3. This request is made in good faith and not made for purposes of delay.

DATED 29th day of December, 2015.          DATED 29th day of December, 2015.

| LAW OFFICE OF KEVIN L. HERNANDEZ | KOLESAR & LEATHAM |
|---|---|
| /s/ Kevin L. Hernandez<br>By _____<br>KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No. 012594<br>2879 St. Rose Parkway<br>Suite, 130A<br>Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff,*<br>*Brett R. Primack* | /s/ Linda K. Williams<br>By _____<br>E. DANIEL KIDD, ESQ.<br>Nevada Bar No. 010106<br>LINDA K. WILLIAMS, ESQ.<br>Nevada Bar No. 012135<br>400 South Rampart Boulevard<br>Suite 400<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Defendant,*<br>*Nissan Motor Acceptance Corporation* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: December 30, 2015