E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
LINDA K. WILLIAMS, ESQ.
Nevada Bar No. 012135
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    dkidd@klnevada.com
           lwilliams@klnevada.com

*Attorneys for Defendant,*
*NISSAN MOTOR ACCEPTANCE*
*CORPORATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRETT R. PRIMACK, an individual, | CASE NO. 2:15-CV-02310-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR NISSAN MOTOR ACCEPTANCE CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, | |
| Defendants | (SECOND REQUEST) |

Plaintiff BRETT R. PRIMACK ("Plaintiff"), by and through counsel of record, and Defendant NISSAN MOTOR ACCEPTANCE CORPORATION ("Nissan"), by and through counsel of record, (collectively Plaintiff and Nissan are hereafter referred to as the "Parties") hereby stipulate and agree as follows:

1.  Nissan's response to Plaintiff's Complaint [Doc. 1] is due January 12, 2016.

2.  The Parties hereby stipulate and agree that Nissan has an extension of time up to and including January 15, 2016 to respond to the Complaint, which will allow the Parties to discuss resolution before any response is required.

///

3. This request is made in good faith and not made for purposes of delay.

DATED 12th day of January, 2016.     DATED 12th day of January, 2016.

**LAW OFFICE OF KEVIN L. HERNANDEZ**     **KOLESAR & LEATHAM**

By /s/ Kevin L. Hernandez     By /s/ Linda K. Williams

KEVIN L. HERNANDEZ, ESQ.     E. DANIEL KIDD, ESQ.
Nevada Bar No. 012594     Nevada Bar No. 010106
2879 St. Rose Parkway     LINDA K. WILLIAMS, ESQ.
Suite, 130A     Nevada Bar No. 012135
Henderson, Nevada 89052     400 South Rampart Boulevard
     Suite 400
*Attorneys for Plaintiff,*     Las Vegas, Nevada 89145
*Brett R. Primack*

*Attorneys for Defendant,*
*Nissan Motor Acceptance Corporation*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2016