Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2879 St. Rose Parkway, Suite 130A
Henderson, NV  89052
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT R. PRIMACK, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.:   2:15-cv-02310-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF NISSAN MOTOR ACCEPTANCE CORPORATION WITH PREJUDICE** |

**WHEREAS** plaintiff Brett R. Primack, and defendant Nissan Motor Acceptance Corporation ("Nissan") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences in the above-captioned matter;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Nissan, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this  16th  day of February, 2016.      DATED this  16th  day of February, 2016.

**LAW OFFICE OF**                              **KOLESAR & LEATHAM**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                       */s/ E. Daniel Kidd*
Kevin L. Hernandez, Esq.                       E. Daniel Kidd, Esq.
Nevada Bar No. 12594                           Nevada Bar No. 10106
2879 St. Rose Parkway, Suite 130A              400 S. Rampart Blvd., Suite 400
Henderson, NV 89052                            Las Vegas, Nevada 89145
*Attorneys for plaintiff*                      *Attorneys for Nissan Motor Acceptance Corporation*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NISSAN MOTOR ACCEPTANCE CORPORATION

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), defendant Nissan Motor Acceptance Corporation shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: February 18, 2016